(132 So. 914)

■

**Robert, alias Bob, GORDON v. STATE.**

**7 Div. 701.**

Court of Appeals of Alabama.
Jan. 20, 1931.

RICE, J.
Appeal dismissed.

■

(129 So. 924)

■

**Ernest GRAHAM v. STATE.**

**8 Div. 115.**

Court of Appeals of Alabama.
June 24, 1930.

Wm. L. Chenault, of Russellville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

The court sitting en banc has sought diligently in the record for evidence justifying a fair inference of guilt. This we have failed to find, regardless of some evidence introduced by the state which should have been excluded. To permit this verdict rendered to stand and this defendant to be punished would be wrong and unjust. Waiving a consideration of the various assignments of error, relative to rulings on the admission of evidence and refusal of written charges, the motion for a new trial should have been granted on the evidence.

Reversed and remanded.

■

(131 So. 918)

■

**John R. GRAHAM v. STATE.**

**1 Div. 923.**

Court of Appeals of Alabama.
Nov. 25, 1930.

BRICKEN, P. J.
Affirmed.

■

(129 So. 924)

■

**Royce GRAHAM, alias, etc., v. STATE.**

**6 Div. 729.**

Court of Appeals of Alabama.
June 30, 1930.

SAMFORD, J.

Defendant was convicted on a charge of carnal knowledge of a girl over 12 and under 16 years of age, and he appeals.

We have examined this record and each exception. There is no prejudicial error, and the judgment is affirmed.

Affirmed.

■

(130 So. 921)

■

**Sammie GRAHAM v. STATE.**

**4 Div. 706.**

Court of Appeals of Alabama.
Nov. 11, 1930.

SAMFORD, J.
Appeal dismissed.